# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA CARTER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 06-3000 |
| | : | |
| v. | : | |
| | : | |
| RONALD MORRISON, | : | |
| MANNY ARROYO, | : | |
| BERNON LANE, | : | |
| LAUREN TROPPAUER, | : | |
| LENORA KING, | : | |
| JUNIUS RUSSELL, | : | |
| PAMELA BROWN, | : | |
| NICOLE JOHNSON, | : | |
| MONIQUE ROGERS | : | |
| COMMUNITY EDUCATION CENTER, INC., | : | |
| JOSE ALVARADO, | : | |
| ELDA CASILLAS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of February, 2010, upon consideration of Defendants Jose Alvarado and Elda Casillas's Motion for Summary Judgment (Docket No. 107), Defendants Ronald Morrison, Manny Arroyo, Bernon Lane, Lauren Troppauer, Lenora King, Junius Russell, Pamela Brown, Nicole Johnson, and Community Education Center, Inc.'s Motion for Summary Judgment (Docket No. 108), Plaintiff's Responses filed thereto (Docket Nos. 113, 118), as well as Plaintiff's Motion to Dismiss and Motion to Strike (Docket Nos. 112, 116) and Defendants' Responses thereto (Docket Nos. 115, 119) it is hereby **ORDERED** that all of Defendants' Motions are **GRANTED**, and all of Plaintiff's Motions are **DENIED**.

**JUDGMENT IS ENTERED** in favor of all Defendants and against Plaintiff.

This case is **CLOSED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
　RONALD L. BUCKWALTER, S.J.